UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BABY BURNELL, CDCR #P-76460,<br><br>                      Plaintiff,<br><br>vs.<br><br>MONTGOMERY, et al.,<br><br>                      Defendants. | Case No.: 24cv0683-LL-MSB<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SEEK LEAVE TO AMEND**<br><br>**[ECF No. 30]** |

      Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. On March 12, 2025, Defendant filed an answer to Plaintiff's Second Amended Complaint. ECF No. 21. Plaintiff now files a Motion for Extension of Time to seek leave to amend his operative complaint. ECF No. 30. Plaintiff states: "I am denied, delayed, and interfered with access [sic] to the law library on 'A' Facility." *Id*. at 1. Plaintiff states that he intends to file a Third Amended Complaint and asks for an extension from August 15, 2025 to September 14, 2025. *Id.* at 1-2. Plaintiff signed his Motion on August 13, 2025, the Court received it on September 5, 2025, and it was docketed on September 9, 2025. *See* Docket. Pursuant to the operative scheduling order in this case, issued on July 2, 2025, any motion to amend pleadings shall be filed on

or before August 15, 2025. ECF No. 29.

Court approval is required to amend a complaint after an answer has been filed. *See* Fed.R.Civ.P. 15(a). Whether to grant such a motion is within the court's sound discretion. *See Zenith Radio Corp. v. Hazeltine Research, Inc.*, 401 U.S. 321, 330–31, 91 S.Ct. 795, 28 L.Ed.2d 77 (…. However, motions to amend are to be granted freely when justice so requires); *see also Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051–53 (9th Cir. 2003). Grounds for denial of leave include undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by prior amendments, undue prejudice to the opposing party by allowing the amendment, and futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). Judicial economy may also be considered. *Sierra Club v. Union Oil Co.*, 813 F.2d 1480, 1493 (9th Cir.1987).

Here, because an answer has already been filed in this case, Plaintiff cannot file a Motion to Amend the operative complaint without leave of court or a filing of Non-Opposition from Defendants. Accordingly, Plaintiff's Motion for Extension of Time to seek leave to amend his operative complaint is **GRANTED IN PART**. Plaintiff's deadline to seek leave to amend his operative complaint is extended until **November 10, 2025**.

**IT IS SO ORDERED**.

Dated:  September 30, 2025

_____
Honorable Linda Lopez
United States District Judge